■ JOHNSON & COHEN, LLP, Respondent, v DANIEL GILBERG, Also Known as DANIEL H. GILBERG, Appellant. [998 NYS2d 653]—

In an action to recover legal fees, the defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Rockland County (Jamieson, J.), dated September 12, 2011, as granted that branch of the plaintiff's renewed motion which was for summary judgment on the cause of action to recover on an account stated.

Ordered that the appeal is dismissed, with costs to the plaintiff.

In an order dated September 12, 2011, the Supreme Court, inter alia, granted that branch of the plaintiff's renewed motion which was for summary judgment on the cause of action to recover on an account stated. In an order dated April 16, 2013, the Supreme Court granted the plaintiff's separate motion for summary judgment dismissing the defendant's counterclaims. On June 5, 2013, the Supreme Court, upon the orders, entered judgment in favor of the plaintiff.

The appeal from the intermediate order dated September 12, 2011, must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in this action, and, by decision and order on motion of this Court dated June 27, 2014, the appeal from that judgment was dismissed as abandoned, based on the appellant's failure to perfect the appeal (see Matter of Aho, 39 NY2d 241, 248 [1976]; Citibank, N.A. v Swiatkowski, 98 AD3d 554, 554-555 [2012]; Zavelin v Greenberg, 49 AD3d 635 [2008]; Smith v Orange, 35 AD3d 438 [2006]). Leventhal, J.P., Chambers, Hall and Duffy, JJ., concur.